**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 26, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00151-CV**

---

### IN RE JONATHAN PFAFF AND ELANIA PFAFF, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 127200-F**

---

### MEMORANDUM OPINION

On Friday, March 1, 2024, relators Jonathan Pfaff and Elania Pfaff filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.  In the petition, relator asks this Court to compel the Honorable Judge Leigh Hughes Lehmann, associate judge of the 300th District

Court of Brazoria County, to vacate the "Order in Aid of Investigation of Child Abuse or Neglect."[1]  On March 5, 2024, this Court stayed the execution of the order pending a decision on the petition for writ of mandamus.

On March 11, 2024, real party in interest, the Department of Family and Protective Services, filed a motion to dismiss this original proceeding as moot because on March 7, 2024 the trial court dismissed the underlying case after the Department nonsuited its case against relators. On March 14, 2024, relators filed a response stating they do not oppose real party in interest's motion.

Relators' requested relief in the petition for writ of mandamus is now moot.

We lift the stay and grant the Department's motion to dismiss for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Spain, Hassan.

---

[1] Honorable Leigh Hughes Lehmann is an associate judge in the 300th District Court of Brazoria County. Hon. Chad D. Bradshaw is the presiding judge. Hon. Leigh Hughes Lehmann signed the order. *See* Tex. Gov't Code Ann. § 22.221(c)(2) (writ power over associate judges).